OFFICE OF ADMINISTRATION
and Pennsylvania State
Police, Petitioners

v.

STATE EMPLOYEES' RETIREMENT
BOARD, Respondent

Bruce A. Edwards, Joseph R. Kovel, Joseph E. Sarkis, PA State Troopers
Association, Intervenors

No. 76 MAL 2016

Supreme Court of Pennsylvania.

August 3, 2016

### ORDER

PER CURIAM

**AND NOW,** this 3rd day of August, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as framed by Petitioners, is as follows:

Did [the] Commonwealth Court erroneously affirm the decision of the State Employees' Retirement Board that union stipends, paid to union officers to work exclusively for the union, are retirement-covered compensation, when that decision was clearly contrary to the mandates of the State Employees' Retirement Code and inconsistent with decisions of this Honorable Court?

COMMONWEALTH of Pennsylvania,
Petitioner

v.

Kenneth MACONEGHY,
Jr., Respondent

No. 697 MAL 2015

Supreme Court of Pennsylvania.

August 5, 2016

### ORDER

PER CURIAM

**AND NOW,** this 5th day of August, 2016, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below.

Whether the Superior Court erred in finding that Dr. Novinger's statement that he believed the child was victimized encroached on the jury's function as sole arbiter of credibility when the case law that the Superior Court relied on does not warrant such a result.

Justice Wecht did not participate in this decision.